■ CHERYL CHMIELEWSKI, Appellant, v DONALD ALMETER, Respondent. [601 NYS2d 879] —Motion for extension of time granted to August 27, 1993. Memorandum: No further extensions will be granted on the basis that transcripts are unavailable. If counsel is unable to comply with the final deadline due to the unavailability of transcripts, a motion for summary reversal and a new trial should be made. Present—

Callahan, J. P., Pine, Balio, Boomer and Davis, JJ. (Filed June 28, 1993.)